UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-cv-24251-RAR

WILLIAM O. FULLER, et al.,

        Plaintiffs,

vs.

CITY OF MIAMI, JOE CAROLLO,
DANIEL S. GOLDBERG., et al

        Defendants.

_____/

## NOTICE OF APPEARANCE

    COMES NOW, Richard J. Diaz, Esq., and enters his Notice of Appearance on behalf of Defendant DANIEL S. GOLDBERG, relating the above captioned matter.

        Respectfully submitted,

        s/ Richard J. Diaz

        _____
        Richard J. Diaz, Esq.
        3127 Ponce De Leon Blvd.
        Coral Gables, FL  33134
        Telephone: (305) 444-7181
        Facsimile: (305) 444-8178
        F.B.N. 0767697

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF this 13 day of December, 2023 and served upon all parties of record.

s/ Richard Diaz

_____
Richard J. Diaz, Esq.