UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WILLIAM O. FULLER, *et al.*,   Case No.  23-CV-24251-RAR

    Plaintiffs,

v.

CITY OF MIAMI, *et al.*,

    Defendants.
_____/

## NOTICE OF APPEARANCE FOR DEFENDANT

Raquel A. Rodriguez, Esq., of the law firm of Buchanan Ingersoll & Rooney, PC, files this Notice of Appearance as additional counsel for Defendant, City of Miami, and requests that she be served with copies of all pleadings, notices, motions and orders.

Date: December 18, 2023.

        Respectfully submitted,

        By: /s/  *Raquel A. Rodriguez*
        Raquel A. Rodriguez, Esq.
        Florida Bar No. 511439
        **BUCHANAN INGERSOLL & ROONEY PC**
        One Biscayne Tower
        2 S. Biscayne Blvd, Ste. 1500
        Miami, FL 33131-1822
        T: 305-347-4080
        F: 305-347-4089
        raquel.rodriguez@bipc.com
        *Attorneys for Defendant, City of Miami*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using CM/ECF system on December 18, 2023 thereby serving all registered ECF users in the case.

By: /s/ *Raquel A. Rodriguez*
Raquel A. Rodriguez, Esq.

## SERVICE LIST

Jeffrey W. Gutchess
AXS Law Group
2121 NW 2nd Avenue Suite 201
Miami, FL 33127
United Sta
3053893646
Email: jeff@axslawgroup.com
**Counsel for Plaintiffs**