UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WILLIAM O. FULLER, *et al.,*　　　　　　　Case No.  23-CV-24251-RAR

　　　Plaintiffs,

v.

CITY OF MIAMI, *et al.,*

　　　Defendants.
_____/

## NOTICE OF APPEARANCE FOR DEFENDANT

Christian C. Kohlsaat, of the law firm of Buchanan Ingersoll & Rooney, PC, files this Notice of Appearance as additional counsel for Defendant, City of Miami, and requests that he be served with copies of all pleadings, notices, motions and orders.

Date: December 18, 2023.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ *Christian C. Kohlsaat*
　　　　　　　　　　　　　　　　　　　Christian C. Kohlsaat, Esq.
　　　　　　　　　　　　　　　　　　　Florida Bar No. 117795
　　　　　　　　　　　　　　　　　　　**BUCHANAN INGERSOLL & ROONEY PC**
　　　　　　　　　　　　　　　　　　　One Biscayne Tower
　　　　　　　　　　　　　　　　　　　2 S. Biscayne Blvd, Ste. 1500
　　　　　　　　　　　　　　　　　　　Miami, FL 33131-1822
　　　　　　　　　　　　　　　　　　　T: 305-347-4080
　　　　　　　　　　　　　　　　　　　F: 305-347-4089
　　　　　　　　　　　　　　　　　　　Email: christian.kohlsaat@bipc.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant, City of Miami*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using CM/ECF system on December 18, 2023 thereby serving all registered ECF users in the case.

By: /s/ *Christian C. Kohlsaat*
Christian C. Kohlsaat., Esq.

## SERVICE LIST

Jeffrey W. Gutchess
AXS Law Group
2121 NW 2nd Avenue Suite 201
Miami, FL 33127
United Sta
3053893646
Email: jeff@axslawgroup.com
**Counsel for Plaintiffs**