**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 1:23-cv-24251-Moreno/Louis**

WILLIAM O. FULLER,
MARTIN PINILLA, II,
THE BARLINGTON GROUP, LLC,
CALLE OCHO MARKETPLACE, LLC,
YO AMO CALLE SIETE, LLC,
LITTLE HAVANA ARTS BUILDING, LLC,
LITTLE HAVANA ARTS BUILDING TOO, LLC,
TOWER HOTEL, LLC,
BRICKELL STATION, LLC,
PIEDRA VILLAS, LLC,
FUTURAMA, LLC,
EL SHOPPING, LLC,
BEATSTIK, LLC,
VIERNES CULTURALES/CULTURAL FRIDAYS, INC.,
LITTLE HAVANA BUNGALOWS, LLC,
LHAB TRES, LLC,

       Plaintiffs,

v.

THE CITY OF MIAMI,
JOE CAROLLO, in his individual capacity,
ARTHUR NORIEGA, in his individual capacity,
VICTORIA MENDEZ, in her individual capacity,
RACHEL DOOLEY, in her individual capacity,
ASAEL MARRERO, in his individual capacity,
DANIEL S. GOLDBERG, in his individual capacity,
WILLIAM ORTIZ, in his individual capacity,
LUIS TORRES, in his individual capacity,
ADRIAN PLASENCIA, in his individual capacity,
RENE DIAZ, in his individual capacity,
IVONNE BAYONA, in her individual capacity,
JOHN DOES 1-20,

       Defendants.

_____  /

**<u>NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES</u>**

Case No.: 1:23-cv-24251-Moreno/Louis

PLEASE TAKE NOTICE that Mason A. Pertnoy, Esq., from Krinzman Huss Lubetsky

Feldman & Hotte, hereby appears as Counsel for Defendant, ARTHUR NORIEGA.  All parties

are requested to forward copies of all future correspondence and pleadings to the undersigned

counsel    at    map@khllaw.com,    lg@khllaw.com,    mschneider@khllaw.com,    and

eservicemia@khllaw.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2023, I electronically filed the

foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on all counsel of record or pro se parties identified on the Service List in

the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notices of Electronic Filing.

Respectfully submitted,

KRINZMAN HUSS LUBETSKY
  FELDMAN & HOTTE
Counsel for Defendant
*Arthur Noriega, City Manager*
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email:  map@khllaw.com
Primary email:  lg@khllaw.com
Primary email:  mschneider@khllaw.com
Secondary:  eservicemia@khllaw.com

By: */s/ Mason A. Pertnoy*
      Mason A. Pertnoy, Esq.
      Florida Bar No. 18334

- 3 -

## SERVICE LIST

| | |
|---|---|
| **Jeffrey W. Gutchess, Esq.**<br>AXS Law Group PLLC<br>2121 N.W. 2nd Avenue, Suite 201<br>Miami, FL 33127<br>Email: jeff@axslawgroup.com<br>*Counsel for Plaintiffs* | **Richard J. Diaz, Esq.**<br>Richard J. Diaz, P.A.<br>3127 Ponce De Leon Blvd.<br>Coral Gables, FL 33134<br>Email: rick@rjdpa.com<br>*Counsel for Defendant, Daniel S. Goldberg* |
| **Raquel A. Rodriguez, Esq.**<br>Buchanan Ingersoll & Rooney PC<br>One Biscayne Tower<br>2 S. Biscayne Blvd, Ste. 1500<br>Miami, FL 33131<br>Email: raquel.rodriguez@bipc.com<br>*Counsel for Defendant, City of Miami* | |