UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-24251-FAM

WILLIAM O. FULLER, et al.,

    Plaintiffs,

vs.

THE CITY OF MIAMI, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL FOR DEFENDANT THE CITY OF MIAMI

Please take notice that Angel A. Cortiñas of Dentons US LLP hereby appears as co-counsel in this action for Defendant the City of Miami and requests that all pleadings, notices, correspondence, and other papers be served upon him.

    Respectfully submitted,

*Angel A. Cortiñas*
Angel A. Cortiñas, FBN 797529
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Telephone: 305-537-0009
angel.cortinas@dentons.com
*Co-counsel for the City of Miami*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, the foregoing was filed using the Court's CM/ECF system and served via email or transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record by the Court's CM/ECF system.

*Angel A. Cortiñas*