## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

WILLIAM O. FULLER, *et al.,*  Case No.  23-CV-24251-RAR

    Plaintiffs,

v.

CITY OF MIAMI, *et al.,*

    Defendants.

_____/

## AMENDED NOTICE OF APPEARANCE FOR DEFENDANT
(*Counsel for Defendant City of Miami*)

Raquel A. Rodriguez, Esq., of the law firm of Buchanan Ingersoll & Rooney, PC, files this Amended Notice of Appearance as counsel for Defendant, City of Miami, and requests that she be served with copies of all pleadings, notices, motions and orders.

Date: December 19, 2023.

    Respectfully submitted,

    By: /s/  *Raquel A. Rodriguez*
    Raquel A. Rodriguez, Esq.
    Florida Bar No. 511439
    **BUCHANAN INGERSOLL & ROONEY PC**
    One Biscayne Tower
    2 S. Biscayne Blvd, Ste. 1500
    Miami, FL 33131-1822
    T: 305-347-4080
    F: 305-347-4089
    raquel.rodriguez@bipc.com
    *Attorneys for Defendant, City of Miami*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically filed with the Clerk of Court using CM/ECF system on December 19, 2023 thereby serving all registered ECF users in the case.

By: /s/ *Raquel A. Rodriguez*
Raquel A. Rodriguez, Esq.

## SERVICE LIST

Jeffrey W. Gutchess
AXS Law Group
2121 NW 2nd Avenue Suite 201
Miami, FL 33127
3053893646
Email: jeff@axslawgroup.com
**Counsel for Plaintiffs**