## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:23-cv-24251-FAM

WILLIAM O. FULLER, et al.,

    Plaintiffs,

v.

CITY OF MIAMI, et al.,

    Defendants.

_____/

### NOTICE OF APPEARANCE

Christina Ceballos-Levy, of the law firm of Kenny Nachwalter, P.A., hereby notifies all parties of her appearance as additional counsel for Defendant Arthur Noriega. The undersigned counsel requests that she be served with copies of all future notices and pleadings related the captioned matter.

Dated: December 19, 2023

Respectfully submitted,

/s/ *Christina M. Ceballos-Levy*
Christina M. Ceballos-Levy
(Fla. Bar No. 0411965)
KENNY NACHWALTER, P.A.
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile:   (305) 372-1861
ccl@knpa.com

*Attorneys for Defendant Arthur Noriega*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 19, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served electronically this day to all counsel of record.

/s/ *Christina M. Ceballos-Levy*
Christina M. Ceballos-Levy

665721.v2