UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-CV-24251-FAM

FULLER, et al.,

    Plaintiffs,

v.

THE CITY OF MIAMI, et al.,

    Defendants.

_____/

## PLAINTIFFS' NOTICE OF STRIKING DE 277

Plaintiffs by and through undersigned counsel, hereby file this Notice of Striking Docket Entry 277 and state as follows:

1. Docket Entry 277 was filed on February 14, 2025 but contained an incorrect document.

2. The correct document has since been refiled as Docket Entry 278.

3. Accordingly, Docket Entry 277 should be stricken from the record.

    Respectfully submitted,

    AXS LAW GROUP PLLC
    2121 NW 2nd Ave, Suite 201
    Wynwood, Florida 33127
    Tel: 305.297.1878

    By: */s/ Jack Flagg*
    Jack Flagg, Esq.
    FBN 1053709
    Jeffrey W. Gutchess, Esq.
    FBN 702641
    Samuel J. Etkin Kramer, Esq.
    FBN 1049581
    jack@axslawgroup.com
    jeff@axslawgroup.com
    sam@axslawgroup.com
    eservice@axslawgroup.com

    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2025, a true and correct copy of the foregoing was served on all counsel of records via the CM-ECF.

By: */s/ Jack Flagg*
Jack Flagg, Esq.