# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 23-cv-24251-MORENO

WILLIAM O. FULLER, *et al*.,

      Plaintiffs,

v.

CITY OF MIAMI, *et al*.,

      Defendants.

_____/

### DEFENDANT RACHEL DOOLEY'S NOTICE OF FILING
### IN SUPPORT OF HER REPLY STATEMENT OF MATERIAL FACTS

Defendant Rachel Dooley, pursuant to Fed. R. Evid. 902(8) and S. D. Fla. L. R. 5.1(d) and 26.1(b), files the following in support of her Reply Statement of Material Facts in Support of Her Supplemented Motion to Dismiss and Motion for Summary Judgment, which she intends to submit on March 21, 2025:

1.     City of Miami Legislation, Resolution: R-19-0072, attached as Exhibit A;

2.     City of Miami Code, § 10-11 – Certificates of occupancy/use and occupancy, attached as Exhibit B;

3.     City of Miami, Meeting Minutes, February 14, 2019, attached as Exhibit C; and

4.     Transcript of Adele Valencia's June 28, 2022 Deposition, attached as Exhibit D.[1]

---

[1] Ms. Dooley requests that the Court, pursuant to Fed. R. Evid. 201, take judicial notice of Resolution: R-19-0072, City of Miami Code, § 10-11, and the City of Miami Meeting Minutes. *See Baker v. JEA*, 2023 WL 5528717, at *1 n.2 (11th Cir. 2023) (taking judicial notice of the "Charter and ordinances of the City of Jacksonville as they are 'not subject to reasonable dispute.'") (citing Fed. R. Evid. 201(b)); *Cash Inn of Dade, Inc. v. Metro. Dade Cnty.*, 938 F.2d 1239, 1242 (11th Cir. 1991) (holding that the district court "was undoubtedly justified" in taking judicial notice of the minutes of the county commission's meeting for several reasons).

Dated: <u>March 20, 2025</u>

Respectfully submitted,

DIMOND KAPLAN & ROTHSTEIN, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920

By: <u>*/s/ David A. Rothstein*</u>
    David A. Rothstein, Esq.
    Fla. Bar No. 995762
    *DRothstein@dkrpa.com*
    Alexander M. Peraza, Esq.
    Fla. Bar No. 107044
    *APeraza@dkrpa.com*
    Eshaba Jahir-Sharuz, Esq.
    Fla. Bar No. 1038846
    *Eshaba@dkrpa.com*

*Attorneys for Defendant Rachel Dooley*