UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-24251-MORENO

WILLIAM O. FULLER, *et al.*,

    Plaintiffs,

v.

CITY OF MIAMI, *et al.*,

    Defendants.

_____/

**DEFENDANT RACHEL DOOLEY'S NOTICE OF SUPPLEMENTED
FILING IN SUPPORT OF HER REPLY STATEMENT OF MATERIAL FACTS**[1]

Defendant Rachel Dooley (**"Ms. Dooley"**), pursuant to Fed. R. Evid. 902(8) and S. D. Fla. L. R. 5.1(d) and 26.1(b), files the following in support of her Reply Statement of Material Facts in Support of Her Supplemented Motion to Dismiss and Motion for Summary Judgment, which she intends to submit on March 21, 2025:

1. City of Miami Legislation, Resolution: R-19-0072, attached as Exhibit A;

2. City of Miami Code, § 10-11 – Certificates of occupancy/use and occupancy, attached as Exhibit B;

3. City of Miami, Meeting Minutes, February 14, 2019, attached as Exhibit C;

4. Transcript of Adele Valencia's June 28, 2022 Deposition, attached as Exhibit D;

5. City of Miami Code, § 2-813 – Code inspector, attached as Exhibit E; and

---

[1] This Notice of Supplemented Filing supplements Ms. Dooley's Notice of Filing [ECF No. 297] by submitting additional documents for the Court's consideration. This Supplemented Filing attaches those documents initially submitted to the Court by way of the initial Notice of Filing.

6.   City of Miami Code, § 2-814 – Enforcement procedure, attached as Exhibit F.[2]

Dated: March 21, 2025

Respectfully submitted,

DIMOND KAPLAN & ROTHSTEIN, P.A.
Offices at Grand Bay Plaza
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone: (305) 374-1920

By: /s/ David A. Rothstein
  David A. Rothstein, Esq.
  Fla. Bar No. 995762
  DRothstein@dkrpa.com
  Alexander M. Peraza, Esq.
  Fla. Bar No. 107044
  APeraza@dkrpa.com
  Eshaba Jahir-Sharuz, Esq.
  Fla. Bar No. 1038846
  Eshaba@dkrpa.com

*Attorneys for Defendant Rachel Dooley*

---

[2] Ms. Dooley requests that the Court, pursuant to Fed. R. Evid. 201, take judicial notice of Resolution: R-19-0072, City of Miami Code, §§ 10-11, 2-813, and 2-814, and the City of Miami Meeting Minutes. *See Baker v. JEA*, 2023 WL 5528717, at *1 n.2 (11th Cir. 2023) (taking judicial notice of the "Charter and ordinances of the City of Jacksonville as they are 'not subject to reasonable dispute.'") (citing Fed. R. Evid. 201(b)); *Cash Inn of Dade, Inc. v. Metro. Dade Cnty.*, 938 F.2d 1239, 1242 (11th Cir. 1991) (holding that the district court "was undoubtedly justified" in taking judicial notice of the minutes of the county commission's meeting for several reasons).