UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24251-CIV-MORENO

WILLIAM O. FULLER, et al.,

        Plaintiffs,

vs.

RACHEL DOOLEY,

        Defendant.
_____/

# ORDER DENYING RACHEL DOOLEY'S ORIGINAL MOTION TO DISMISS (D.E. 139)

Rachel Dooley has moved to dismiss the complaint against her in a suit filed by business owners in the City of Miami against the City of Miami, Miami Commissioner Joe Carollo, the City's manager and attorney, and other employees of the City. Plaintiffs contend that Commissioner Carollo and others violated the business owners' constitutional rights because Plaintiffs supported Commissioner Carollo's opponent. A complaint against Commissioner Carollo by the same Plaintiffs had been previously filed (Case No. 18-24190-CIV-SMITH) and Plaintiffs obtained a verdict in their favor and a final judgment for $63 million. That case is pending on appeal by Commissioner Carollo (Case No. 23-12167). This case alleges similar claims against Commissioner Carollo but also adds the City of Miami and other employees of the City, alleging that they all worked together in violating Plaintiffs' rights.

Defendant Rachel Dooley, Assistant City Attorney, seeks dismissal of the complaint for multiple reasons including absolute quasi-judicial and legislative immunity, qualified immunity, Count 72 being time-barred, *res judicata*, lack of standing, improper pleading and claim-splitting.

Defendant Dooley filed a motion for summary judgment and a supplemental motion to dismiss **(D.E. 243)**, alleging the same grounds. Therefore, the Court denies the original motion to dismiss **(D.E. 139)** and will issue a separate order on the motion for summary judgment that was filed after benefiting from discovery including taking depositions.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of March 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record