UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24251-CIV-MORENO**

WILLIAM O. FULLER, et al.,

      Plaintiffs,

vs.

RENE DIAZ,

      Defendant.

_____/

**ORDER DENYING DEFENDANT RENE DIAZ'S ORIGINAL MOTION TO DISMISS**
**(D.E. 143)**

Rene Diaz has moved to dismiss the complaint against him in a suit filed by business owners in the City of Miami against the City of Miami, Miami Commissioner Joe Carollo, the City's manager and attorney, and other employees of the City. Plaintiffs contend that Commissioner Carollo and others violated the business owners' constitutional rights because Plaintiffs supported Commissioner Carollo's opponent. A complaint against Commissioner Carollo by the same Plaintiffs had been previously filed (Case No. 18-24190-CIV-SMITH) and Plaintiffs obtained a verdict in their favor and a final judgment for $63 million. That case is pending on appeal by Commissioner Carollo (Case No. 23-12167). This case alleges similar claims against Commissioner Carollo but also adds the City of Miami and other employees of the City, alleging that they all worked together in violating Plaintiffs' rights.

Defendant Rene Diaz, the Chief of Unsafe Structures for the City of Miami, seeks dismissal of the complaint because of Plaintiffs' repeated violations of Court orders regarding the pleadings, improper claim-splitting, untimely filing of some claims, and qualified immunity. Defendant Diaz

has also filed a Motion for Summary Judgment **(D.E. 252)** after having the benefit of discovery, including taking depositions. The Court will rule on the motion for summary judgment based on qualified immunity in a separate order. Thus, the original motion to dismiss raising immunity grounds is denied as moot. The original motion to dismiss raising other grounds is also denied.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of March 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record