UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24251-CIV-MORENO

WILLIAM O. FULLER, et al.,

        Plaintiffs,

vs.

WILLIAM ORTIZ,

        Defendant.
_____/

**ORDER DENYING DEFENDANT WILLIAM ORTIZ'S ORIGINAL MOTION TO DISMISS (D.E. 144)**

William Ortiz has moved to dismiss the complaint against him in a suit filed by business owners in the City of Miami against the City of Miami, Miami Commissioner Joe Carollo, the City's manager and attorney, and other employees of the City. Plaintiffs contend that Commissioner Carollo and others violated the business owners' constitutional rights because Plaintiffs supported Commissioner Carollo's opponent. A complaint against Commissioner Carollo by the same Plaintiffs had been previously filed (Case No. 18-24190-CIV-SMITH) and Plaintiffs obtained a verdict in their favor and a final judgment for $63 million. That case is pending on appeal by Commissioner Carollo (Case No. 23-12167). This case alleges similar claims against Commissioner Carollo but also adds the City of Miami and other employees of the City, alleging that they all worked together in violating Plaintiffs' rights.

Defendant William Ortiz was Commissioner Carollo's Chief of Staff and seeks to dismiss the complaint because he was not an official decisionmaker, impermissible lumping of claims, qualified immunity, improper claim-splitting, lack of standing, time-barred claims, and legislative

immunity. Ortiz, after having the benefit of discovery including taking depositions, filed a renewed motion to dismiss and a motion for summary judgment **(D.E. 250)**. The Court denies the original motion **(D.E. 144)** and will rule on the renewed motion after scheduling oral argument on **April 21, 2025, at 9:30 AM**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of March 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record