UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24251-CIV-MORENO

WILLIAM O. FULLER, et al.,

        Plaintiffs,

vs.

JOE CAROLLO,

        Defendant.
_____/

## ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT JOE CAROLLO

THIS CAUSE came before the Court upon the Stipulation of Voluntary Dismissal with Prejudice of Defendant Joe Carollo **(D.E. 351)**, filed on **August 11, 2025**.

THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that all claims against Defendant Joe Carollo are **DISMISSED** with prejudice, with each party bearing its own fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, Carollo's Supplement to His Motion to Dismiss and Alternative Motion for Summary Judgment **(D.E. 241)** is **DENIED** as moot, and the August 14, 2025, motion hearing is **CANCELLED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 of August 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record