UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24251-CIV-MORENO**

WILLIAM O. FULLER, et al.,

      Plaintiffs,

vs.

THE CITY OF MIAMI, et al.,

      Defendants.

_____/

**OMNIBUS ORDER**

THIS CAUSE came before the Court upon Plaintiff's Motion to Unbifurcate and Consolidate Trial on Liability and Damages **(D.E. 409)** filed on **February 11, 2026**.

THE COURT has considered the motion, oral argument in Open Court on **February 12, 2026**, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Plaintiff's Motion to Unbifurcate and Consolidate Trial on Liability and Damages is Denied because Defendant City of Miami has not admitted liability. It is also

**ADJUDGED** that the parties shall indicate to the Court no later than 5:00 pm on **Tuesday, February 17, 2026,** whether Marcos Jimenez's involvement in this case presents a conflict of interest for this Court. It is also

**ADJUDGED** that Plaintiff Pinilla shall be deposed for no more than 4 hours beginning at 1:00 pm on **Monday, February 23, 2026,** at One Biscayne Tower (2 South Biscayne Blvd, Suite 1500, Miami, FL 33131). It is also

**ADJUDGED** that Plaintiff Fuller shall be deposed for no more than 4 hours beginning at 9:00 am on **Tuesday, February 24, 2026**, at One Biscayne Tower (2 South Biscayne Blvd, Suite 1500, Miami, FL 33131). It is also

**ADJUDGED** that Arthur Acevedo, Andy Perez, Ricardo Franqi, Jose Regalado, Maurice Pons, and Joe Napoli shall be deposed between 9:00 am and 5:00 pm on **Monday, March 2, 2026**, at Wilkie D. Ferguson U.S. Courthouse, Courtroom 12-2, 400 North Miami Avenue, Miami, FL 33128. If a witness fails to appear, the Plaintiffs will have elected not to use that witness. It is also

**ADJUDGED** that Maritza Vasquez, Adele Valencia, Anna Pernas, Raul Ramos, John Porfiri, Roberto Santos Albornoz shall be deposed between 9:00 am and 5:00 pm on **Monday, March 9, 2026**, at Wilkie D. Ferguson U.S. Courthouse, Courtroom 12-2, 400 North Miami Avenue, Miami, FL 33128. If a witness fails to appear, the Plaintiffs will have elected not to use that witness. It is also

**ADJUDGED** that all deposition transcripts and motions to exclude shall be filed no later than noon on **Monday, March 16, 2026**. Any responses shall be filed no later than 5:00 pm on **Monday, March 16, 2026**. It is also

**ADJUDGED** that a hearing is scheduled for 2:30 pm on **Tuesday, March 17, 2026**, at Wilkie D. Ferguson U.S. Courthouse, Courtroom 12-2, 400 North Miami Avenue, Miami, FL 33128.

DONE AND ORDERED in Open Court at Miami, Florida, this _10_ of February 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record