UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24251-CIV-MORENO

WILLIAM O. FULLER, et al.,

        Plaintiffs,

vs.

THE CITY OF MIAMI, et al.,

        Defendants.
_____/

### ORDER DENYING PLAINTIFFS' EXPEDITED MOTION TO DEFER DEPOSITIONS OR MOTION FOR PROTECTIVE ORDER

THIS CAUSE came before the Court upon Plaintifs' Expedited Motion to Defer This Court's Order *Sua Sponte* Scheduling Nonparty Depositions, or Alternatively, for Protective Order **(D.E. 417)**, filed on **February 27, 2026**.

THE COURT has considered the motion, the response in opposition, the reply, the amended reply, pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is Denied for the reasons stated in Open Court. This Court scheduled in-court depositions for March 2, 2026, at 9:00 am. Plaintiffs' lead counsel did not appear, nor did any of the witnesses listed in the Court's order (D.E. 412). Since Plaintiffs did not produce the witnesses or announce why none of the witnesses could come to court, the following witnesses are not permitted to testify at trial: Arthur Acevedo, Andy Perez, Ricardo Franqui, Jose Regalado, Maurice Pons, and Joe Napoli. Defendant City of Miami would be prejudiced by being precluded from deposing the witnesses.

DONE AND ORDERED in Open Court at Miami, Florida, this \_\_2ⁿᵈ\_\_ of March 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record