UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 23-24251-CIV-MORENO**

WILLIAM O. FULLER, et al.,

                Plaintiffs,

vs.

THE CITY OF MIAMI,

                Defendant.

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom the cause was assigned, recuses himself and refers this cause to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and the Court's Internal Operating Procedures.

Apparently one of the witnesses to be called by the Plaintiffs, former Miami Chief of Police Acevedo, is represented by the law firm Leon Cosgrove Jimenez. The Court has advised the parties that his daughter Cristina Moreno Cannon, although not partner, is an attorney at that law firm. Both parties were given a deadline to indicate if that was an issue for their clients. No issue was raised. The Court struck Acevedo as a witness for failure to attend a deposition set by the Court in the courtroom on March 2, 2026, Plaintiff moved to reconsider and the Court denied that motion.

However, at a hearing on March 9, 2026, witness Acevedo and his attorney Marcos Jimenez announced that the Court's daughter, Cristina Moreno Cannon, was part of the "team" representing Acevedo. The Court expressed reservation on making any ruling on witness Acevedo. Defendant City of Miami indicated that the Plaintiffs waived the issue of recusal. In an abundance of caution the Court recuses due to Plaintiffs' request to "accept the Court's invitation to recuse."

The case set for trial is taken off the calendar. All motions have been decided and both sides have announced that they are ready for trial, and that it should take no more than two weeks.

DONE AND ORDERED in Open Court at Miami, Florida, this _____ of March 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

In accordance with Internal Operating Procedure 2.16.00 for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of the United States District Judge DARRIN P.GAYLES_____.

Copies of this Order shall be served on both parties of record electronically.  All documents for filing in this case shall carry the following case number and designation: ____ 23-CV-24251-GAYLES_____.

By Order of the Court dated this ___9th___ of March 2026.


Angela E. Noble
Clerk of Court


/s/Yvette Y. Alexander
by: Deputy Clerk

Copies provided to:
Counsel of Record

3